UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREGORY McKINNEY,                          )     No. CV 15-2752-SJO (AGR)
                                           )
                    Petitioner,            )
                                           )     JUDGMENT
          v.                               )
                                           )
J. MACOMBER, Warden,                       )
                                           )
                    Respondent.            )
                                           )

          Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

          IT IS ADJUDGED that the Petition is summarily dismissed.


DATED: April 24, 2015.                           _____
                                                         S. JAMES OTERO
                                                 United States District Judge